UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAY 1 3 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MERIDIAN ENTERPRISES )
CORPORATION, )
 )
         Plaintiff, )
 )
vs. ) Case No. 4:01CV001955CDP
 )
CARLSON MARKETING )
GROUP, INC. )
 )
         Defendant. )

### ORDER

The Order entered in this case on May 10, 2005, contained a typographical error and referred to the Permanent Injunction as being entered on May 25, 2005, when it was actually entered on May 25, 2004. Accordingly, upon joint motion of the Parties, the May 10, 2005, Order is hereby amended nunc pro tunc so that paragraph 3 reads as follows:

    3)    The Permanent Injunction entered on May 25, 2004 is hereby dissolved.

All other aspects of the May 10, 2005, Order shall remain unchanged.

Dated this 13th day of May, 2005

SO ORDERED:

_____
United States District Court Judge

Word 20134956.1